United States District Court
Southern District of Texas
**ENTERED**
July 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUELONDA LURAYE GRAY, | § |
| Plaintiff, | § |
| V. | § CIVIL ACTION NO. H-19-1177 |
| ANDREW SAUL COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Memorandum and Order that Plaintiff's Motion for Summary Judgment (Document No. 17) is DENIED, Defendant's Motion for Summary Judgment (Document No. 19) is GRANTED, and the decision of the Commissioner of Social Security is AFFIRMED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this   16th   day of     July    , 2020.

Frances H. Stacy
United States Magistrate Judge